IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE:<br><br>ROSALIE AUBREE GUANCIONE,<br><br>    Debtor.<br>_____/<br><br>FINISH LINE TOWING, INC.,<br><br>    Plaintiff(s),<br>  v.<br><br>MATT P. JACOBSEN,<br><br>    Defendant(s).<br>_____/<br><br>AND RELATED CROSS-COMPLAINT.<br>_____/ | CASE NO. 5:12-cv-01962 EJD<br><br>(Finish Line Towing, Inc. v. Jacobsen (In re Rosalie Aubree Guancione), Bankr. N.D. Cal. (San Jose) Case No. 11-57646 ASW, Adv. No. 12-05024)<br><br>**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO WITHDRAW REFERENCE** |

On April 19, 2012, Cross-Complainant/Intervenor Rosalie Guancione filed a motion to withdraw the bankruptcy reference. See Docket Item No. 1. At that time, the Clerk of the District Court issued an erroneous scheduling order. See Docket Item No. 2. Although the clerk subsequently resolved this error (see Docket Item No. 6), it does not appear the corrected notice was served on all parties to this action. Accordingly, the time for briefing has not yet commenced pursuant to Local Bankruptcy Rule 5011-2(d).

The court therefore finds it appropriate to set a new briefing schedule for the purpose of clarity and to remedy any defects in notice. Thus, any party objecting to the withdrawal of reference

1

CASE NO. 5:12-cv-01962 EJD
ORDER SETTING BRIEFING SCHEDULE ON MOTION TO WITHDRAW REFERENCE

shall file in the District Court its opposition brief of not more than 10 pages on or before **May 31, 2012.** Any party supporting the withdrawal of reference may file a reply brief of not more than 10 pages on or before **June 14, 2012.** No hearing will be held on the motion unless otherwise ordered by this court.

    The Clerk shall serve this order on all parties identified on the docket.

**IT IS SO ORDERED.**

Dated: May 15, 2012

_____
EDWARD J. DAVILA
United States District Judge